# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 20, 2021

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 20-14579-RR
Case Style: Coreco Pearson, et al v. Governor of Georgia, et al
District Court Docket No: 1:20-cv-04809-TCB

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Regina A. Veals-Gillis, RR
Phone #: (404) 335-6163

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-14579-RR

_____

CORECO JA'QAN PEARSON,
VIKKI TOWNSEND CONSIGLIO,
GLORIA KAY GODWIN,
JAMES KENNETH CARROLL,
CAROLYN HALL FISHER,
CATHLEEN ALSTON LATHAM,
BRIAN JAY VAN GUNDY,

                Plaintiffs - Appellants,

versus

GOVERNOR OF GEORGIA,
in his official capacity,
SECRETARY OF STATE FOR THE
STATE OF GEORGIA,
in his official capacity and Chair of
the Georgia State Election Board,
DAVID J. WORLEY,
in his official capacity as a member of
the Georgia State Election Board,
REBECCA N. SULLIVAN,
in her official capacity as a member of
the Georgia State Election Board,
MATTHEW MASHBURN,
in his official capacity as a member of
the Georgia State Election Board,
ANH LE,
in her official capacity as a member of
the Georgia State Election Board,

                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellants James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Brian Jay Van Gundy, Cathleen Alston Latham and Coreco Ja'Qan Pearson's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective January 20, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Regina A. Veals-Gillis, RR, Deputy Clerk

FOR THE COURT - BY DIRECTION